1  **JEFFERY A. BENDAVID, ESQ.**
   Nevada Bar No. 6220
2  **MORAN LAW FIRM, LLC**
   630 South 4th Street
3  Las Vegas, Nevada 89101
   (702) 384-8424
4  *Attorney for Defendant,*
5  *Herbst Moapa Development, LLC*

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  MOAPA BAND OF PAIUTE INDIANS,
10
                        Plaintiff,           Case No.: 2:14-cv-00395-RFB-CWH
11     vs.
12
       HERBST MOAPA DEVELOPMENT,
13     LLC,                                  **STIPULATION AND ORDER FOR
                                             DISMISSAL WITH PREJUDICE**
14                      Defendant.

15

16      It is hereby stipulated and agreed by Plaintiff, Moapa Band of Paiute Indians, by

17  and through their attorneys, RICHARD M. BERLEY, ESQ. of ZIONTZ CHESTNUT,

18  DON SPRINGMEYER, ESQ. of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN,

19  LLP and Defendant, Herbst Moapa Development, LLC, by and through their attorney of

20  record, JEFFERY A. BENDAVID, ESQ. of the MORAN LAW FIRM, LLC, that the

21

22  parties have settled the above entitled case. Therefore, this case should be dismissed with

23

24  / / /

25  / / /

26
    / / /
27
    / / /
28

1

1  prejudice, with each party to bear its own attorneys' fees and costs.

2  Dated this 1st day of December, 2014.

3

| **MORAN LAW FIRM, LLC** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |

4

5  /s/Jeffery A. Bendavid, Esq. /s/Don Springmeyer, Esq.
   **JEFFERY A. BENDAVID, ESQ.**   **DON SPRINGMEYER, ESQ.**
6  Nevada Bar No. 6220   Nevada Bar No. 1021
7  630 South 4th Street   3556 E. Russell Road, 2nd Floor
   Las Vegas, Nevada 89101   Las Vegas, NV 89120
8  (702) 384-8424   (702) 341-5200
   *Attorney for Defendant, Herbst Moapa*   *Attorney for Plaintiff, Moapa Band of*
9  *Development, LLC*   *Paiute Indians*

10

11 **ZIONTZ CHESTNUT**

12

13 /s/Richard M. Berley, Esq.
   **RICHARD M. BERLEY, ESQ.**
14 Washington State Bar No. 9209
15 2101 Fourth Avenue, Suite 1230
   Seattle, Washington 98121
16 (206) 448-1230
   *Attorney for Plaintiff, Moapa Band of*
17 *Paiute Indians*

18

19

20

21

22

23

24

25

26

27

28

# ORDER

IT IS SO ORDERED.

DATED this 10th day of December, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**MORAN LAW FIRM, LLC**


/s/Jeffery A. Bendavid, Esq.
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
630 South 4th Street
Las Vegas, Nevada 89101
*Attorney for Defendant,*
*Herbst Moapa Development, LLC*